UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| MINNIE M. DUKES,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK, N.A. AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-D1 ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>and<br><br>SURETY TRUSTEES, LLC,<br><br>    Defendants. | Case No.: 3:20-cv-516 |

## NOTICE OF REMOVAL

Defendant, HSBC Bank USA, N.A., as trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the registered holders of Ace Securities Corp. Home Equity Loan Trust 2007-D1 Asset backed pass-through certificates ("HSBC Bank"), hereby removes the above-captioned civil action, and all claims and causes of actions therein, from the Circuit Court of Chesterfield County to the United States District Court for the Eastern District of Virginia (Richmond Division) pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. In support thereof, Defendant states as follows:

1. On or about March 30, 2020, Plaintiff, Minnie M. Dukes ("Plaintiff") commenced the underlying state court action captioned *Minnie M. Dukes v. HSBC Bank N.A. as Trustee, et al.*, Case No. CL20001083-00 (the "State Court Action"), by filing a Complaint in the Chesterfield

County Circuit Court of Virginia (the "Complaint"). Pursuant to 28 U.S.C. §1446(a), a copy of the Complaint is attached as Exhibit 1.

2. Despite having filed the Complaint, Plaintiff has not served HSBC Bank. The docket indicates Plaintiff served Defendant Surety Trustees on April 7, 2020. Surety Trustees filed a motion for summary judgment in response to the Complaint on April 28, 2020. No other process, pleadings, or orders have been served in the action. A copy of the docket is attached as Exhibit 2. A copy of the filed motion for summary judgment is attached as Exhibit 3.

3. This Notice of Removal is therefore timely filed as Plaintiff has not served HSBC Bank. 28 U.S.C. § 1446(b).

4. Undersigned counsel has conferred with counsel for Defendant Surety Trustees, who has consented to the removal of this action.

5. In the Complaint, Plaintiff alleges that HSBC Bank violated the Fair Debt Collection Practices Act ("FDCPA"). [Ex. 1, at p. 5, ¶ 28.]

6. This Court thus has federal question jurisdiction over this action under 28 U.S.C. § 1331 because the Complaint purports to assert claims arising under the laws of the United States, namely the FDCPA. All remaining claims are related to these allegations, and as such, this Court can exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

7. Accordingly, this action is removable under 28 U.S.C. § 1441(b) as a "civil action of which the district courts have original jurisdiction founded on a claim or right arising under the . . . laws of the United States."

8. The Circuit Court for Chesterfield County, Virginia, is within the judicial district of this United States District Court.  28 U.S.C. § 127.  Accordingly, this action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly filed with the Clerk for the Circuit Court for Chesterfield County, Virginia, and served upon Plaintiff and Surety Trustees. A copy of the Notice of Filing of Notice of Removal (without exhibits) is attached as Exhibit 4.

10.     In filing this Notice of Removal, HSBC Bank reserves any and all defenses, objections, and exceptions, including without limitation those relating to jurisdiction, service, venue, and statute of limitations.

WHEREFORE, the State Court Action is removed from the Virginia Circuit Court for Chesterfield County to the United States District Court for the Eastern District of Virginia.

Respectfully submitted,

/s/ Walter Buzzetta
Walter J. Buzzetta (VSB No. 68006)
Stradley, Ronon, Stevens & Young, LLP
2000 K Street, N.W., Suite 700
Washington, DC  20006
Tel.: (202) 507-6407
Fax: (202) 822-0140
wbuzzetta@stradley.com
*Counsel for HSBC Bank USA, N.A., as trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the registered holders of Ace Securities Corp. Home Equity Loan Trust 2007-D1 Asset backed pass-through certificates*

Dated: July 7, 2020

## **CERTIFICATE OF SERVICE**

I, hereby certify that on July 7, 2020, I filed the foregoing Notice of Removal with the Clerk of the Court, and that I served the foregoing by United States Postal Service on:

Henry W. McLaughlin
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street, Suite 1050
Richmond, VA 23219
*Counsel for Plaintiff*

Abby K. Moynihan, Esquire
McCabe, Weisberg & Conway, LLC
312 Marshall Ave., Suite 800
Laurel, MD 20707
AMoynihan@mwc-law.com
*Counsel for Defendant Surety Trustees LLC*

/s/ Walter Buzzetta
Walter J. Buzzetta

4592393