IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MINNIE M. DUKES,

    Plaintiff,

v.                                  Civil Action No. 3:20cv516

HSBC BANK N.A. AS TRUSTEE
ON BEHALF OF ACE SECURITIES
CORP. HOME EQUITY LOAN TRUST
AND FOR THE REGISTERED HOLDERS
OF ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST 2007-D1
ASSET BACKED PASS-THROUGH
CERTIFICATES, et al.,

    Defendants.

## ORDER

The Court having been advised that the parties in this action have executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that the plaintiff's MOTION TO REMAND (ECF No. 6) is denied as moot.

It is so ORDERED.

                                                        /s/
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: September 29, 2020