UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| MINNIE M. DUKES,<br><br>               Plaintiff,<br><br>v.<br><br>HSBC BANK, N.A. AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-D1 ASSET BACKED PASS-THROUGH CERTIFICATES and SURETY TRUSTEES, LLC,<br><br>               Defendants. | Case No.: 3:20-cv-516-REP<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED**, pursuant to Fed. R. Civ. P. 41, by Plaintiff, Minnie M. Dukes, and Defendants HSBC Bank USA, N.A., as trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the registered holders of Ace Securities Corp. Home Equity Loan Trust 2007-D1 Asset backed pass-through certificates and Surety Trustees, LLC, through their undersigned counsel, that this action is hereby dismissed, with prejudice, each party to bear its own costs.

Dated: November 9, 2020

[Signatures on following page]

 /s/ Henry W. McLaughlin
Henry W. McLaughlin (VSB 07105)
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street, Suite 1050
Richmond, Virginia 23219
T: (804) 205-9020 / F: (877) 575-0245
henry@mclaughlinvalaw.com
*Counsel for Plaintiff*

 /s/ Abby K. Moynihan
Abby Kelley Moynihan (VSB 79686)
McCabe Weisberg & Conway LLC
312 Marshall Ave Suite 800
Laurel , MD  20707
(301) 490-3361
amoynihan@mwc-law.com
*Counsel for Defendant Surety Trustees, LLC*

 /s/ Walter J. Buzzetta
Walter J. Buzzetta (VSB 68006)
STRADLEY RONON STEVENS & YOUNG, LLP
2000 K Street, N.W., Suite 700
Washington, DC 20006
T: (202) 507-607 / F: (202) 822-0140
wbuzzetta@stradley.com
*Counsel for Defendant, HSBC Bank USA, N.A., as trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the registered holders of Ace Securities Corp. Home Equity Loan Trust 2007-D1 Asset backed pass-through certificates*